IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ENRIQUE MARTINEZ, | : |
| Petitioner | : |
| VS. | : |
| UNITED STATES OF AMERICA, | : NO. 7:09-CR-2 (HL) |
| Respondent | : **O R D E R** |

Petitioner **ENRIQUE MARTINEZ** originally filed a Motion to Vacate, Set Aside, or Correct his Sentence under 28 U.S.C. § 2255.  By order dated June 16, 2011 (Doc. 46), the undersigned adopted the recommendation of Magistrate Judge Thomas Q. Langstaff that Petitioner's section 2255 motion be denied and that Petitioner be denied a COA.  Petitioner subsequently filed a "Request for an Appeal," which the Clerk's Office has docketed as a motion for certificate of appealability ("COA") (Doc. 52), and a motion for leave to proceed *in forma pauperis* on appeal (Doc. 51).

The Court finds no "substantial showing" of a constitutional violation.  Petitioner's motion for a COA is accordingly **DENIED** and his motion to proceed *in forma pauperis* on appeal is **DENIED AS MOOT**.

**SO ORDERED**, this 15th day of August, 2011.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr